Mary WILLIAMS v. STATE.

1 Div. 178.

Court of Appeals of Alabama.
Nov. 20, 1934.

SAMFORD, Judge.
Affirmed.

Ocie Lee Pannell WILLIAMS v. STATE.

6 Div. 701.

Court of Appeals of Alabama.
Dec. 18, 1934.

RICE, Judge.
Affirmed.

Walter WILLIAMS v. STATE.

6 Div. 722.

Court of Appeals of Alabama.
May 7, 1935.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Defendant was convicted of manslaughter in the first degree. The record in this case has been carefully read and considered. The defendant has had a fair trial; we find no error of a prejudicial nature; and the judgment is affirmed.

Affirmed.

W. M. WILLIAMSON v. Tony BERETIECH.

1 Div. 153.

Court of Appeals of Alabama.
April 10, 1934.

J. G. Bowen, of Mobile, for petitioner.

SAMFORD, Judge.
Writ denied.

T. H. WILLIS v. D. T. BOOZER.

8 Div. 851.

Court of Appeals of Alabama.
Jan. 18, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

R. C. WILSON v. STATE.

3 Div. 741.

Court of Appeals of Alabama.
May 22, 1934.

R. L. Goldsmith, of Hayneville, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

Mrs. Bertie WITT v. R. G. ROWLAND.

8 Div. 845.

Court of Appeals of Alabama.
Jan. 18, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.